Opinion issued August 16, 2016



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-16-00319-CV

———————————

**HASSAN CHAHADEH, EDWARD LABORDE, JR., AND DONALD W. SAPAUGH, Appellants**

**V.**

**STAMBUSH STAFFING, LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Case No. 1057462**

---

## MEMORANDUM OPINION

Appellants Hassan Chahadeh, Edward Laborde, Jr., and Donald W. Sapaugh have failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief); *id*. 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellants did not adequately respond. *See*

TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case). Appellee Stambush Staffing, LLC subsequently filed a motion to dismiss this appeal for want of prosecution. We grant appellee's motion and dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Lloyd.